**FILED**

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

JUN 0 3 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Black Alcatel OneTouch MEID: 270113183512885074 | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. MO:15-MJ-239

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____Western_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:

Black Alcatel OneTouch MEID: 270113183512885074

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Images and videos of minors in sexually explicit conduct.

**YOU ARE COMMANDED** to execute this warrant on or before _____6/16/15_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to ____David Counts, United States Magistrate Judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/2/15 @ 8:57 am

_____
Judge's signature

City and state:     Midland, TX

David Counts, United States Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>no: 15-MJ-238 | Date and time warrant executed:<br>6/2/15    11°° AM | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Forensic copy of Alcatel One Touch
telephone, meid 27011318351288 5074

**Certification**

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:   6-3-15

_____
*Executing officer's signature*

Brendan C. Griffin, Special Agent
*Printed name and title*